**STATE of Missouri, Respondent,**

v.

**Steven L. HELTON, Appellant.**

**No. WD 50179.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1996.

Richard E. McFadin, Gallatin, for appellant.

Michael D. Arnold, Gallatin, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM:

Steven L. Helton appeals his conviction by a jury of the class B misdemeanor of driving while intoxicated under § 577.010, RSMo 1994.

The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Remon M. LEE, Appellant.**

**Remon LEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49206, WD 50537.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from conviction after jury trial of one count of assault in the first degree, two counts of armed criminal action, and the denial of his post-conviction motion.

Judgment affirmed. Rule 84.16(b) and Rule 30.25(b).